## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

| | |
|---|---|
| STANLEY BEAVERS, JR. | PLAINTIFF |
| v.  NO. 3:04CV00318 JLH | |
| BOB BRETHERICK, ET AL | DEFENDANTS |
| UNITED STATES OF AMERICA | INTERVENOR |

### ORDER

The stay imposed in this matter on February 14, 2005, is hereby lifted. *See* docket #11. The Court has been notified that the criminal matter of *United States v. Robert Bretherick*, No. 4:04CR00009 JMM, has concluded. A new trial date and scheduling deadlines will be set by separate order.

IT IS SO ORDERED this  29th  day of August, 2005.

                                                                                    _____
                                                                                    J. LEON HOLMES
                                                                                    UNITED STATES DISTRICT JUDGE