**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

STANLEY BEAVERS, JR.                                                                    PLAINTIFF

v.                                   No.  3:04CV00318 JLH

BOB BRETHERICK, Individually and In His
Official Capacity as the Jail Administrator of
Crittenden County; DICK BUSBY, Individually
and In His Official Capacity as the Sheriff of
Crittenden County; and CRITTENDEN COUNTY,
ARKANSAS                                                                                DEFENDANTS

**ORDER**

Defendants' joint motion for reconsideration (Docket #29) is DENIED.

IT IS SO ORDERED this __15th__ day of November, 2005.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE