**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

STANLEY BEAVERS, JR.                                                                                      PLAINTIFF

v.                                              No. 3:04CV00318 JLH

BOB BRETHERICK                                                                                           DEFENDANT

## ORDER

Stanley Beavers, Jr., has filed a motion to withdraw motion for voluntary nonsuit without prejudice.  Document #45.  The motion is granted and the motion for voluntary nonsuit is hereby withdrawn.

Bob Bretherick's motion to join plaintiff's motion for voluntary nonsuit is denied.  Document #43.

IT IS SO ORDERED this 28th day of June, 2007.

                                                                                     _____
                                                                                     J. LEON HOLMES
                                                                                     UNITED STATES DISTRICT JUDGE