## *IN THE UNITED STATES DISTRICT COURT*
### EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

STANLEY BEAVERS, JR.                                                              PLAINTIFF

vs.                        No. 3:04CV00318 JLH

BOB BRETHERICK                                                         DEFENDANT

### ORDER

The Amended Final Scheduling Order filed in this matter on May 24, 2007, directed the parties to file a status report by August 16, 2007. To date, neither party has submitted a status report. Therefore, the parties are directed to file their status reports no later than *Wednesday, September 12, 2007*. Pretrial Disclosure Sheets will remain due on September 25, 2007.

IT IS SO ORDERED this 6th day of September, 2007.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE