# *IN THE UNITED STATES DISTRICT COURT*
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

STANLEY BEAVERS, JR.                                                                               PLAINTIFF

vs.                                              NO. 3:04CV00318 JLH

BOB BRETHERICK                                                                                    DEFENDANT

## ORDER OF DISMISSAL

Having been notified by counsel that a settlement has been reached in this matter, the Court finds that this case should be dismissed.

IT IS THEREFORE ORDERED that the complaint and all claims in this action against defendant be, and they are, hereby dismissed with prejudice.

The Court retains complete jurisdiction for 30 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 5th day of October, 2007.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE